**No. 42209.**—Protests 602762–G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.

**No. 42210**—Protests 715306–G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.

**No. 42211.**—Protests 756217–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.

**No. 42212.**—Protests 807626–G (A), etc., of Cacciola Bros. et al. (New York).

Opinion by Keefe, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.

**No. 42213.**—Protests 821123–G, etc., of Swift & Co., Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.

**No. 42214.**—Protests 838069–G, etc., of A. Alonge & Bro. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.

**No. 42215.**—Protests 824302–G, etc., of Otto Roth & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 48284) and Abstract 40880 the protests were sustained.